1  G. WHITNEY LEIGH (SBN 153457)
   MATT SPRINGMAN (SBN 252508)
2  GONZALEZ & LEIGH, LLP
3  744 Montgomery Street, Fifth Floor
   San Francisco, CA  94111
4  Telephone:  (415) 912-5950
   Facsimile:  (415) 912-5951
5
6  Attorneys for Plaintiff
   DENIZ BOLBOL
7
   JOSEPH P. CUVIELLO
8  P.O. Box 2834
   Redwood City, CA  94064
9  Telephone:  (650) 654-9955
10
   Plaintiff In Pro Se

11
12                    UNITED STATES DISTRICT COURT
13
14                    NORTHERN DISTRICT OF CALIFORNIA
15                           SAN JOSE DIVISION

16  DENIZ BOLBOL, and JOSEPH              Case No. 5:11-cv-05539 PSG
    CUVIELLO, INDIVIDUALLY,
17                                        **STIPULATION AND [PROPOSED]
                  Plaintiffs,             ORDER TO EXTEND TIME FOR
18                                        PLAINTIFFS TO FILE OPPOSITION
19          v.                            TO DEFENDANTS' MOTION TO
                                          DISMISS**
20  FELD ENTERTAINMENT INC., (dba
    RINGLING BROS. and BARNUM &
21  BAILEY CIRCUS), RINGLING BROS.
    CIRCUS GENERAL MANAGER JAMES
22  DENNIS, RINGLING BROS. CIRCUS
    OPERATIONS MANAGER MATTHEW
23  GILLET and DOES 1 through 10,
24
                  Defendants.
25
26
27
28

Under Civil L.R. 6-2, the parties may file a stipulation, conforming to Civil L.R. 7-12, requesting an order changing time that would affect the date of an event or deadline already fixed by Court order. The stipulated request must be accompanied by a declaration that:

(1) Sets forth with particularity, the reasons for the requested enlargement of time;

(2) Discloses all previous time modifications in the case, whether by stipulation or Court order; and

(3) Describes the effect the requested time modification would have on the schedule for the case.

The Hearing in this matter is scheduled for February 14, 2012. Plaintiffs' Opposition to Defendants' Motion to Dismiss would ordinarily be due on January, 4 2012.

Counsel for Ms. Bolbol respectfully requests that the deadline for Plaintiffs' Opposition to Defendants' Motion to Dismiss be extended to January 18, 2012, that Defendant, Feld Entertainment, Inc., be provided with two weeks to file its Reply by February 1, 2012, and that the Hearing on February 14, 2012, be rescheduled for March 6, 2012 at 10:00 a.m., in order to provide the Court with adequate time to review the pleadings. Plaintiffs make this request because Defendant's Motion to Dismiss was filed on December 21, 2011, and the period during which Plaintiffs have to file their Opposition by January 4, 2012, falls over the December holidays and the New Year. Counsel for Ms. Bolbol is short-staffed during this period in observance of the December holidays and the New Year, and as a result, filing the Opposition by January 4, 2012 would be onerous, burdensome, and prejudicial to Plaintiffs, and an extension for the deadline for Plaintiffs' Opposition and Defendants' Reply, and an accompanying rescheduling of the Hearing, would not prejudice, burden, and/or harm Defendants or the Court. In addition, Ms. Bolbol's counsel is due in court on January 4, 2012, on other matters.

There have been no previous time modifications either by stipulation or Court order in this case.

In addition to the extension of time for the Opposition from January 4, 2012 to January 18, 2012, and a rescheduling of the Hearing from February 14, 2012 to March 6, 2012, the

1

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS' TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**
**Case No. 5:11-cv-05539 PSG**

1  requested time modifications would change the date on which Defendant would file a Reply
2  from January 11, 2012 to February 1, 2012.
3   Based on the foregoing, Plaintiffs and Defendant, Feld Entertainment, Inc., stipulate as
4  follows:
5   Plaintiffs will file their Opposition by 11:59 p.m., Wednesday, January 18, 2012,
6  Defendant will file its Reply by 11:59 p.m., Wednesday, February 1, 2012, and Plaintiffs
7  respectfully request that the Hearing set for Tuesday, February 14, 2012 at 10:00 a.m. be
8  rescheduled for Tuesday, March 6, 2012 at 10:00 a.m.
9   IT IS SO STIPULATED.
10 Dated:  January 3, 2012    GONZALEZ & LEIGH, LLP

12          By:  /s/ G. Whitney Leigh_____
          G. Whitney Leigh
13           Attorney for Plaintiff
          DENIZ BOLBOL

16 Dated:  January 3, 2012

17          By:  /s/ Joseph P. Cuviello_____
          JOSEPH P. CUVIELLO
18           In Pro Se

21 Dated:  January 3, 2012    McMANIS FAULKNER

23          By:  /s/ Marwa Elzankaly_____
          Marwa Elzankaly
24           Attorney for Defendant
          FELD ENTERTAINMENT, INC., (dba
25           Ringling Bros. and Barnum & Bailey
          Circus)

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: 1/4/2012

*Paul S. Grewal* (signature)
Magistrate Judge Paul S. Grewal
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS' TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**
**Case No. 5:11-cv-05539 PSG**