G. WHITNEY LEIGH (SBN 153457)
MATT SPRINGMAN (SBN 252508)
GONZALEZ & LEIGH, LLP
744 Montgomery Street, Fifth Floor
San Francisco, CA  94111
Telephone:  (415) 912-5950
Facsimile:  (415) 912-5951

Attorneys for Plaintiff
DENIZ BOLBOL

JOSEPH P. CUVIELLO
P.O. Box 2834
Redwood City, CA  94064
Telephone:  (650) 654-9955

Plaintiff In Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENIZ BOLBOL, and JOSEPH CUVIELLO, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>v.<br><br>FELD ENTERTAINMENT INC., (dba RINGLING BROS. and BARNUM & BAILEY CIRCUS), RINGLING BROS. CIRCUS GENERAL MANAGER JAMES DENNIS, RINGLING BROS. CIRCUS OPERATIONS MANAGER MATTHEW GILLET and DOES 1 through 10,<br><br>Defendants. | Case No. 5:11-cv-05539 PSG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

Under Civil L.R. 6-2, the parties may file a stipulation, conforming to Civil L.R. 7-12, requesting an order changing time that would affect the date of an event or deadline already fixed by Court order. The stipulated request must be accompanied by a declaration that:

(1) Sets forth with particularity, the reasons for the requested enlargement of time;

(2) Discloses all previous time modifications in the case, whether by stipulation or Court order; and

(3) Describes the effect the requested time modification would have on the schedule for the case.

The Hearing in this matter is scheduled for February 14, 2012. Plaintiffs' Opposition to Defendants' Motion to Dismiss would ordinarily be due on January, 4 2012.

Counsel for Ms. Bolbol respectfully requests that the deadline for Plaintiffs' Opposition to Defendants' Motion to Dismiss be extended to January 18, 2012, that Defendant, Feld Entertainment, Inc., be provided with two weeks to file its Reply by February 1, 2012, and that the Hearing on February 14, 2012, be rescheduled for March 6, 2012 at 10:00 a.m., in order to provide the Court with adequate time to review the pleadings. Plaintiffs make this request because Defendant's Motion to Dismiss was filed on December 21, 2011, and the period during which Plaintiffs have to file their Opposition by January 4, 2012, falls over the December holidays and the New Year. Counsel for Ms. Bolbol is short-staffed during this period in observance of the December holidays and the New Year, and as a result, filing the Opposition by January 4, 2012 would be onerous, burdensome, and prejudicial to Plaintiffs, and an extension for the deadline for Plaintiffs' Opposition and Defendants' Reply, and an accompanying rescheduling of the Hearing, would not prejudice, burden, and/or harm Defendants or the Court. In addition, Ms. Bolbol's counsel is due in court on January 4, 2012, on other matters.

There have been no previous time modifications either by stipulation or Court order in this case.

In addition to the extension of time for the Opposition from January 4, 2012 to January 18, 2012, and a rescheduling of the Hearing from February 14, 2012 to March 6, 2012, the

requested time modifications would change the date on which Defendant would file a Reply from January 11, 2012 to February 1, 2012.

Based on the foregoing, Plaintiffs and Defendant, Feld Entertainment, Inc., stipulate as follows:

Plaintiffs will file their Opposition by 11:59 p.m., Wednesday, January 18, 2012, Defendant will file its Reply by 11:59 p.m., Wednesday, February 1, 2012, and Plaintiffs respectfully request that the Hearing set for Tuesday, February 14, 2012 at 10:00 a.m. be rescheduled for Tuesday, March 6, 2012 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: January 3, 2012                    GONZALEZ & LEIGH, LLP

By: /s/ G. Whitney Leigh_____
G. Whitney Leigh
Attorney for Plaintiff
DENIZ BOLBOL

Dated: January 3, 2012

By: _/s/ Joseph P. Cuviello_____
JOSEPH P. CUVIELLO
In Pro Se

Dated: January 3, 2012                    McMANIS FAULKNER

By:  _/s/ Marwa Elzankaly_____
Marwa Elzankaly
Attorney for Defendant
FELD ENTERTAINMENT, INC., (dba
Ringling Bros. and Barnum & Bailey
Circus)

1
2       **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**
3
4
5   Dated:   1/4/2012                        _Paul S. Grewal_
                                             Magistrate Judge Paul S. Grewal
6                                            UNITED STATES ~~DISTRICT~~ JUDGE
                                                          MAGISTRATE
7
...
28

3

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS' TO FILE**
**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**
**Case No. 5:11-cv-05539 PSG**