UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENIZ BOLBOL AND JOSEPH CUVIELLO, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>vs.<br><br>FELD ENTERTAINMENT INC., (dba RINGLING BROS. AND BARNUM & BAILEY CIRCUS), RINGLING BROS. CIRCUS GENERAL MANAGER JAMES DENNIS, RINGLING BROS. CIRCUS OPERATIONS MANAGER MATTHEW GILLET and DOES 1 through 10,<br><br>Defendants. | Case No. CV11-05539 PSG<br><br>(~~PROPOSED~~) ORDER ALLOWING PLAINTIFF JOSEPH CUVIELLO TO UTILIZE THE COURT'S ECF SYSTEM<br><br>Date:      N/A<br>Time:      N/A<br>Courtroom: 5, 4th Floor<br>Judge:     The Hon. Paul S. Grewal |

It is hereby ordered that Plaintiff Joseph Cuviello, who is proceeding in pro se, shall be allowed to fully utilize the Court's ECF system.

DATED: "Icpwct{"32."4234

*[signature]*
Hon. Paul S. Grewal

(~~PROPOSED~~) ORDER ALLOWING PLAINTIFF JOSEPH CUVIELLO TO UTILIZE THE COURT'S ECF SYSTEM
Case No. CV11-05539 PSG