UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENIZ BOLBOL and JOSEPH CUVIELLO, INDIVIDUALLY,<br><br>  Plaintiffs,<br>v.<br><br>FELD ENTERTAINMENT, INC. (dba RINGLING BROS. and BARNUM & BAILEY CIRCUS); JAMES DENNIS; MATTHEW GILLET; and DOES 1-10,<br><br>  Defendants. | Case No.: C 11-5539 PSG<br><br>**ORDER REFERRING CASE TO CHIEF JUDGE JAMES WARE FOR RELATED CASE CONSIDERATION** |

In preparing for the upcoming hearing on Defendant Feld Entertainment, Inc.'s motion to dismiss, it has come to the court's attention that this case may be related to the following earlier-filed case previously adjudicated before Chief Judge James Ware: *Bolbol, et al. v. Ringling Bros. and Barnum & Bailey Circus, et al.*, Case Number: 04-cv-00082-JW. At a minimum, this case involves substantially the same parties and is likely to require a determination on the scope of the permanent injunction previously issued and whether the court's earlier rulings have a preclusive effect on claims being brought in this case.

In conformity with Civil L.R. 3-12(c), it is thus appropriate to consider whether these two cases are "related" such that they should be assigned to the same judge.

1

Case No.: 11-5539 PSG
ORDER

1   This case is HEREBY REFERRED to Chief Judge Ware for consideration of whether this
2   case is related to the earlier filed case before him. The parties must file any response in opposition
3   to or support of relating the cases pursuant to Civ. L.R. 3-12(d) no later than March 9, 2012. The
4   March 6, 2012 hearing on Defendant's motion to dismiss is vacated pending the Chief Judge's
5   resolution of the referral for related case consideration.

Dated: 3/5/2012

_____
PAUL S. GREWAL
United States Magistrate Judge