UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENIZ BOLBOL and JOSEPH CUVIELLO, INDIVIDUALLY,<br><br>                Plaintiffs,<br>    v.<br><br>FELD ENTERTAINMENT, INC. (dba RINGLING BROS. and BARNUM & BAILEY CIRCUS); JAMES DENNIS; MATTHEW GILLET; and DOES 1-10,<br><br>                Defendants. | Case No.: C 11-5539 PSG<br><br>**ORDER SETTING HEARING ON DEFENDANT FELD ENTERTAINMENT'S MOTION TO DISMISS** |

      Before the court is Defendant Feld Entertainment, Inc.'s motion to dismiss, previously set for hearing on March 6, 2012. In light of Chief Judge Ware's determination that this case is not related[1] to *Bolbol, et al. v. Ringling Bros. and Barnum & Bailey Circus, et al.*, Case Number: 04-cv-00082-JW, the court will hear oral argument on Defendant's motion to dismiss at 10:00 a.m. on April 10, 2012.

IT IS SO ORDERED.

Dated: 3/14/2012

                                                */s/ Paul S. Grewal*
                                                PAUL S. GREWAL
                                                United States Magistrate Judge

---

[1] *See* Docket No. 36 (Order Finding That Cases Are Not Related).

1

Case No.: 11-5539 PSG
ORDER