LAW OFFICE OF TRENT J. THORNLEY (SBN 153457)
TRENT J. THORNLEY (SBN 184402)
345 Franklin Street, Ste. 103
San Francisco, CA 94102
Telephone: (415) 437-9100
Facsimile: (415) 358-5929
Email: trent_thornley@sbcglobal.net

MATT SPRINGMAN (SBN 252508)
300 Berry Street #520
San Francisco, CA 94158
Telephone (703) 217-7018
Email: springman.matt@gmail.com

Attorneys for Plaintiff
DENIZ BOLBOL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENIZ BOLBOL AND JOSEPH CUVIELLO, INDIVIDUALLY,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>FELD ENTERTAINMENT INC., (dba RINGLING BROS. AND BARNUM & BAILEY CIRCUS), RINGLING BROS. CIRCUS GENERAL MANAGER JAMES DENNIS, RINGLING BROS. CIRCUS OPERATIONS MANAGER MATTHEW GILLET and DOES 1 through 10,<br><br>　　　　　　　Defendants. | CASE NO.  CV 5:11-05539-PSG<br><br>**PARTIES' STIPULATION TO EXTEND THE DEADLINE TO COMPLETE THE ADR PROCESS; ~~PROPOSED~~ ORDER** |

**STIPULATION TO EXTEND THE DEADLINE TO COMPLETE THE ADR; ~~PROPOSED~~ ORDER**
**Case No. CV 5:11-05539-PSG**

1  The Court has set a deadline of June 5, 2012 for the parties to complete the ADR process. On December 21, 2011, Feld entertainment filed a motion to dismiss which sought to resolve several fundamental issues in the case. That motion was heard on April 10, 2012. Given the nature of the motion and the parties' interest in having a meaningful discussion of the case through ADR, the ADR phone conference scheduled for April 25, 2012 was continued to May 18, 2012. On May 18, the ADR phone conference scheduled for that day was taken off calendar indefinitely pending a ruling on the motion to dismiss. Today, June 5, 2012, the Court ruled on Feld's motion to dismiss.

Given the ruling, the parties are now in a position to meaningfully engage in ADR. Given, however, that the deadline for completing ADR is today, the parties hereby stipulate to extend the deadline to complete ADR to September 5, 2012.

Dated: June 5, 2012  By:___/s/ Joseph Cuviello_____
                                  Joseph Cuviello
                                  Plaintiff in pro se

Dated: June 5, 2012  By:___/s/ Matt Springman_____
                                  Matt Springman
                                  Attorney for Plaintiff
                                  DENIZ BOLBOL

Date: June 5, 2012  By:___/s/ Ruby Kazi_____
                                  Ruby Kazi
                                  Attorney for Defendant
                                  FELD ENTERTAINMENT

1
**STIPULATION TO EXTEND THE DEADLINE TO COMPLETE THE ADR; ~~PROPOSED~~ ORDER**
Case No. CV 5:11-05539-PSG

1   The deadline for the parties to complete mediation is hereby extended from June 5, 2012

2   to September 5, 2012.

3   **IT IS SO ORDERED.**

4

5
    Dated:   Lwpg'9."4234
6                                                    _____
                                                     Hon. Paul S. Grewal
7                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
**STIPULATION TO EXTEND THE DEADLINE TO COMPLETE THE ADR; ~~PROPOSED~~ ORDER**
**Case No. CV 5:11-05539-PSG**