1  LAW OFFICE OF TRENT J. THORNLEY (SBN 153457)
   TRENT J. THORNLEY (SBN 184402)
2  345 Franklin Street, Ste. 103
3  San Francisco, CA 94102
   Telephone: (415) 437-9100
4  Facsimile: (415) 358-5929
   Email: trent_thornley@sbcglobal.net
5

6  MATT SPRINGMAN (SBN 252508)
   300 Berry Street #520
7  San Francisco, CA 94158
   Telephone (703) 217-7018
8  Email: springman.matt@gmail.com

9  Attorneys for Plaintiff
   DENIZ BOLBOL
10

11                       UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14

15

16 | DENIZ BOLBOL AND JOSEPH CUVIELLO,      CASE NO. CV 5:11-05539-PSG
17 | INDIVIDUALLY,
   |              Plaintiffs,               **PARTIES' STIPULATION TO
18 | vs.                                    EXTENT THE DEADLINE TO
   |                                        COMPLETE THE ADR PROCESS;
19 | FELD ENTERTAINMENT INC., (dba          PROPOSED ORDER**
   | RINGLING BROS. AND BARNUM &
20 | BAILEY CIRCUS), RINGLING BROS.
   | CIRCUS GENERAL MANAGER JAMES
21 | DENNIS, RINGLING BROS. CIRCUS
   | OPERATIONS MANAGER MATTHEW
22 | GILLET and DOES 1 through 10,
23 |              Defendants.
24
25
26
27
28
       **STIPULATION TO EXTEND THE DEADLINE TO COMPLETE THE ADR; PROPOSED ORDER**
                            **Case No. CV 5:11-05539-PSG**

The Court has set a deadline of June 5, 2012 for the parties to complete the ADR process. On December 21, 2011, Feld entertainment filed a motion to dismiss which sought to resolve several fundamental issues in the case. That motion was heard on April 10, 2012. Given the nature of the motion and the parties' interest in having a meaningful discussion of the case through ADR, the ADR phone conference scheduled for April 25, 2012 was continued to May 18, 2012. On May 18, the ADR phone conference scheduled for that day was taken off calendar indefinitely pending a ruling on the motion to dismiss. Today, June 5, 2012, the Court ruled on Feld's motion to dismiss.

Given the ruling, the parties are now in a position to meaningfully engage in ADR. Given, however, that the deadline for completing ADR is today, the parties hereby stipulate to extend the deadline to complete ADR to September 5, 2012.

Dated: June 5, 2012            By:___/s/ Joseph Cuviello_____
                                   Joseph Cuviello
                                   Plaintiff in pro se

Dated: June 5, 2012            By:__/s/ Matt Springman_____
                                   Matt Springman
                                   Attorney for Plaintiff
                                   DENIZ BOLBOL

Date: June 5, 2012             By:___/s/ Ruby Kazi_____
                                   Ruby Kazi
                                   Attorney for Defendant
                                   FELD ENTERTAINMENT

1
**STIPULATION TO EXTEND THE DEADLINE TO COMPLETE THE ADR; ~~PROPOSED~~ ORDER**
Case No. CV 5:11-05539-PSG

1  The deadline for the parties to complete mediation is hereby extended from June 5, 2012
2  to September 5, 2012.
3  **IT IS SO ORDERED.**
4
5
6  Dated: Lwpg'9."4234                    _____
   Hon. Paul S. Grewal
7  UNITED STATES MAGISTRATE JUDGE

2
**STIPULATION TO EXTEND THE DEADLINE TO COMPLETE THE ADR; ~~PROPOSED~~ ORDER
Case No. CV 5:11-05539-PSG**