TRENT J. THORNLEY (SBN 184402)
LAW OFFICE OF TRENT J. THORNLEY
345 Franklin Street, Ste. 103
San Francisco, CA 94102
Telephone: (415) 437-9100
Facsimile: (415) 358-5929
Email: trent_thornley@sbcglobal.net

MATT SPRINGMAN (SBN 252508)
300 Berry Street #520
San Francisco, CA 94158
Telephone (703) 217-7018
Email: springman.matt@gmail.com

Attorneys for Plaintiff
DENIZ BOLBOL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENIZ BOLBOL AND JOSEPH CUVIELLO, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>vs.<br><br>FELD ENTERTAINMENT INC., (dba RINGLING BROS. AND BARNUM & BAILEY CIRCUS), RINGLING BROS. CIRCUS GENERAL MANAGER JAMES DENNIS, RINGLING BROS. CIRCUS OPERATIONS MANAGER MATTHEW GILLET and DOES 1 through 10,<br><br>Defendants. | Case No. 5:11-cv-05539-PSG<br><br>**PARTIES' STIPULATION TO RESET HEARING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT AND APPLICANT-INTERVENOR SHANNON CAMPBELL'S MOTION TO INTERVENE;** ~~PROPOSED~~ **ORDER**<br><br>Date: August 21, 2012<br>Time: 10:00 a.m.<br>Court: #5, 4th Floor<br>Hon. Paul S. Grewal. |

1

**STIPULATION TO RESET HEARING ON MOTION TO DISMISS SAC AND MOTION TO INTERVENE**
*Bolbol et al. v. Feld et al.*, Case #5:11-cv-05539-PSG

Defendant Feld Entertainment's Motion to Dismiss Plaintiffs' Second Amended Complaint and Applicant-Intervenor Shannon Campbell's Motion to Intervene are both currently set for hearing on August 21, 2012 at 10:00 a.m. The motions were scheduled to be heard on the same day. The parties have filed reply and opposition papers for each motion.

Both attorneys for Ms. Bolbol, however, are scheduled to be out of town on August 21.

Therefore, the parties agree to reset the hearing dates on the two motions from August 21, 2012 to September 18, 2012 at 10:00 a.m.

Dated: August 14, 2012

BY: ___s/ Trent Thornley_____
TRENT J. THORNLEY
Attorney for Plaintiff
DENIZ BOLBOL

BY: ___s/ Matt Springman_____
MATT SPRINGMAN
Attorney for Plaintiff
DENIZ BOLBOL

BY: ___s/ Joseph P. Cuviello_____
JOSEPH P. CUVIELLO
Plaintiff In Pro Se

BY: ___s/ G. Whitney Leigh_____
G. WHITNEY LEIGH
Attorney for Applicant-Intervenor
SHANNON CAMPBELL

BY: ___s/ Ruby H. Kazi_____
RUBY H. KAZI
Attorney for Defendant
FELD ENTERTAINMENT

2

**STIPULATION TO RESET HEARING ON MOTION TO DISMISS SAC AND MOTION TO INTERVENE**
*Bolbol et al. v. Feld et al.*, Case #5:11-cv-05539-PSG

| | |
|---|---|
| 1 | **~~PROPOSED~~ ORDER** |
| 2 | In light of the parties' agreement to reset the date of the hearings on Defendants' Motion |
| 3 | to Dismiss the Second Amended Complaint and Shannon Campbell's Motion to Intervene, the |
| 4 | hearings on the two motions, now set for August 21, 2012, are hereby reset to September 18, |
| 5 | 2012, at 10:00 am. |
| 6 | |
| 7 | **IT IS SO ORDERED** |
| 8 | Dated: Cwi wuv'39.''4234 |

_____
HON. PAUL S. GREWAL
United States Magistrate Judge

---

3

**STIPULATION TO RESET HEARING ON MOTION TO DISMISS SAC AND MOTION TO INTERVENE**
*Bolbol et al. v. Feld et al.*, Case #5:11-cv-05539-PSG