UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENIZ BOLBOL and JOSEPH CUVIELLO, INDIVIDUALLY,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>FELD ENTERTAINMENT, INC. (dba RINGLING BROS. and BARNUM & BAILEY CIRCUS); JAMES DENNIS; MATTHEW GILLET; and DOES 1-10,<br><br>　　　　　　　　　Defendants. | Case No.: 5:11-cv-05539-PSG<br><br>**MISCELLANEOUS SCHEDULING ORDER** |

On the court's docket are several pending motions.[1] To resolve these motions in the most efficient manner, the court ORDERS as follows: (1) all pending motions will be heard on September 18, 2012 at 10:00 a.m.; (2) all oppositions shall be filed no later than September 7, 2012; and (3) all replies shall be filed no later than September 14, 2012.

**IT IS SO ORDERED.**

Dated:  August 28, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket Nos. 41 (Appl. to Intervene), 55 (Mot. to Dismiss), and 78 (Mot. for Leave to Amend and Supp.).

1

Case No.: 5:11-cv-05539-PSG
**MISCELLANEOUS SCHEDULING ORDER**