UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENIZ BOLBOL and JOSEPH CUVIELLO, INDIVIDUALLY,<br><br>                              Plaintiffs,<br>        v.<br><br>FELD ENTERTAINMENT, INC. (dba RINGLING BROS. and BARNUM & BAILEY CIRCUS); JAMES DENNIS; MATTHEW GILLET; and DOES 1-10,<br><br>                              Defendants. | Case No.: C 11-5539 PSG<br><br>**ORDER RE DATES FOR TRIAL AND PRE-TRIAL CONFERENCE** |

The trial date for this case currently is set for Tuesday, February 19, 2013 at 9:30a.m., and the pre-trial conference currently is set for Tuesday, February 5, 2013 at 2:00p.m.[1] The court's calendar is particularly full during that time period. To ensure that the parties have adequate time and opportunity to present their evidence and because the court prefers not to delay trial given the lengthy history of this case, the court shall move the start of trial (in particularly jury selection) to Tuesday, February 5, 2013 at 1:30p.m. Opening statements will follow immediately thereafter. The court also moves the pre-trial conference to Thursday, January 31, 2013 at 3:00p.m. In light of the court's rescheduling, the court will permit the parties to file their pre-trial documents on

---

[1] *See* Docket No. 15.

Case No.: 11-5539 PSG
ORDER

1

January 25, 2013.[2]  Commencement of trial is dependent, of course, on the court's resolution of the motions for summary judgment set to be heard on January 22, 2013 at 10:00a.m.[3]

In light of the short notice regarding the date change, the court will entertain requests for adjustments to this schedule if the parties have *particularly compelling* reasons why they cannot begin trial on February 5, 2013.  Unless further directed by the court, however, the parties should prepare for trial to commence on February 5 pending resolution of the motions for summary judgment.

**IT IS SO ORDERED.**

Dated:  January 18, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[2] *See* Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010).  A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

[3] *See* Docket Nos. 117, 123.

2
Case No.: 11-5539 PSG
ORDER