JAMES McMANIS (40958)
CHRISTINE PEEK (234573)
RUBY H. KAZI (243872)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   408-279-8700
Facsimile:    408-279-3244
Email:         rkazi@mcmanislaw.com

Attorneys for Defendant,
Feld Entertainment, Inc. (dba Ringling Bros.
and Barnum & Bailey Circus)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENIZ BOLBOL and JOSEPH CUVIELLO, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>vs.<br><br>FELD ENTERTAINMENT INC., (dba RINGLING BROS. and BARNUM & BAILEY CIRCUS) and DOES 1 through 10,<br><br>Defendants. | Case No.:  5:11-cv-05539 PSG<br><br>**FELD ENTERTAINMENT, INC.'S OPPOSITION TO PLAINTIFFS' "MOTION TO STRIKE" REPLY TO PLAINTIFFS' OPPOSITION TO MOTION OF FELD ENTERTAINMENT, INC. FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>DATE:       January 22, 2013<br>TIME:       10:00 a.m.<br>CTRM:      5, 4th Floor<br>JUDGE:    The Hon. Paul S. Grewal |

   On January 18, 2013, plaintiffs Deniz Bolbol and Joseph Cuviello ("plaintiffs"), filed a

Motion to Strike Untimely Reply to Plaintiffs' Opposition to Motion of Feld Entertainment, Inc.

for Summary Judgment, or in the Alternative, Partial Summary Judgment.  (*See* Docket No.

1

139.)  Without the requisite notice for a motion to strike or an accompanying order shortening time, defendant, Feld Entertainment, Inc. ("Feld Entertainment"), construes this "motion" as an administrative motion and submits this opposition accordingly.

Plaintiffs allege that Feld Entertainment, filed its Reply to Plaintiffs' Opposition to Feld's Motion for Summary Judgment a day late.  This is incorrect.  Plaintiffs' opposition was due January 2, 2013 and they filed on January 3, 2013.  (*See* Docket No. 130.)  Based on the due date for plaintiffs' opposition, Feld Entertainment's reply was due January 9, 2013.  (Civ. L.R. 7-3(c) (the reply to an opposition must be filed and served not more than seven (7) days after the opposition was due); Declaration of Ruby H. Kazi in Support of Feld Entertainment, Inc.'s Opposition to Plaintiffs' "Motion to Strike" Reply to Plaintiffs' Opposition to Motion for Summary Judgment ("Kazi Decl."), Exh. A.)  Feld Entertainment filed its reply in a timely manner on January 9, 2013.  (*See* Docket No. 137.)  Plaintiffs' motion to strike should be denied.

DATED:  January 18, 2013                                        McMANIS FAULKNER

                                                            /s/ Ruby H. Kazi
JAMES McMANIS
RUBY H. KAZI

Attorneys for Defendant
Feld Entertainment, Inc. (dba Ringling Bros. and Barnum & Bailey Circus)